IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN JOSEPH LYSZKOWSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIANE E. GIBBONS, LISA ANNE | : | NO. 15-2210 |
| SILVESTRI, and KAREN REID | : | |
| BRAMBLETT | : | |

## ORDER

**AND NOW,** this 2nd day of February 2016, upon consideration of Defendants Judge Gibbons', Prothonotary Bramblett's and Officer Silvestri's Motions to Dismiss Plaintiff's Amended Complaint (ECF Doc. Nos. 5, 14), Plaintiff's Oppositions (ECF Doc. Nos. 13, 15), finding the plead claims are barred by immunity as these public servants acted in a discretionary capacity in their jurisdiction, and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to Dismiss the Amended Complaint (ECF Doc. Nos. 5, 14) are **GRANTED without prejudice for the Plaintiff to file a Second Amended Complaint,** if he can in good faith, plead facts: overcoming the immunity defenses; and, if so, curing potential deficiencies raised in Defendants' substantive arguments.

Plaintiff is granted leave to file a Second Amended Complaint no **later than February 22, 2016.**

KEARNEY, J.