IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN JOSEPH LYSZKOWSKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DIANE E. GIBBONS, LISA ANNE** | : | **NO. 15-2210** |
| **SILVESTRI, and KAREN REID** | : | |
| **BRAMBLETT** | : | |

## ORDER

**AND NOW,** this 23rd day of March 2016, upon consideration of Judge Gibbons' and Prothonotary Bramblett's Motion to dismiss the second amended complaint (ECF Doc. No. 28), Officer Silvestri's Motion to dismiss (ECF Doc. No. 30), Plaintiff's Oppositions (ECF Doc. Nos. 31 & 32), consistent with our February 2, 2016 Order (ECF Doc. No. 20) and for the reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 28 & 30) are **GRANTED with prejudice** as Plaintiff has not, and cannot, after three attempts, state plausible civil rights claims against Judge Gibbons, Prothonotary Bramblett or Officer Silvestri which overcome their judicial and quasi-judicial immunity for acts entirely relating to their role as judicial officers in the Commonwealth of Pennsylvania.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.